AO 10
Rev. 1/2006

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2005

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>Schall, Alvin A | 2. Court or Organization<br><br>U.S. Court of Appeals/Fed. Cir | 3. Date of Report<br><br>05/10/2006 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. Circuit Judge (Active) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,   Date<br>☐ Initial   ☒ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br>01/01/2005<br>to<br>12/31/2005 |
| 7. Chambers or Office Address<br><br>Suite 907<br>717 Madison Place, NW<br>Washington, DC 20439 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee (one of two) | Trust #1 |
| 2. Trustee (one of two) | Trust #2 |
| 3. | |
| 4. | |
| 5. | |

RECEIVED 2005 MAY 11 P 3:03 FINANCIAL DISCLOSURE OFFICE

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schall, Alvin A | 05/10/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2005 | Rental of property for two weeks | $ 4,400.00 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income – *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☒ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS *– transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. New York Intellectual Property Law Association | March 18-19--New York, NY--Annual Dinner in Honor of the Federal Judiciary (Transportation, Meals, and Lodging) |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schall, Alvin A | 05/10/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[ ] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Sun Trust Bank | Loan-Secured by mortgage on real property owned by reporting person | L |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schall, Alvin A | 05/10/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Abbott Laboratories, Inc. | B | Dividend | K | T | | | | | |
| 2. Altria Group, Inc. | C | Dividend | L | T | | | | | |
| 3. Anheuser-Busch Cos., Inc. | C | Dividend | M | T | | | | | |
| 4. Boeing Co. | A | Dividend | L | T | | | | | |
| 5. Exxon Mobil Corp. | C | Dividend | M | T | | | | | |
| 6. Freescale Semicondutors, Inc. | | None | J | T | | | | | |
| 7. General Electric Co. | C | Dividend | M | T | | | | | |
| 8. General Mills, Inc. | B | Dividend | K | T | | | | | |
| 9. Home Depot, Inc. | A | Dividend | L | T | | | | | |
| 10. Hospira, Inc. | | None | J | T | | | | | |
| 11. Intel Corp. | A | Dividend | M | T | | | | | |
| 12. J.P. Morgan Chase & Co. | C | Dividend | M | T | | | | | |
| 13. MBIA, Inc. | A | Dividend | K | T | | | | | |
| 14. Minnesota Mining & Mfg. Co. | B | Dividend | L | T | | | | | |
| 15. Motorola, Inc. | A | Dividend | L | T | | | | | |
| 16. Pepsico, Inc. | B | Dividend | M | T | | | | | |
| 17. R.R. Donnelly & Co. | B | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schall, Alvin A | 05/10/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Scudder Mid-Cap Growth Fund Class S (former Scudder Dev. | A | Dividend | M | T | | | | | |
| 19. Scudder New Asia Fund | A | Dividend | K | T | | | | | |
| 20. Walt Disney Co. | A | Dividend | K | T | | | | | |
| 21. Yum Brands, Inc. | A | Dividend | K | T | | | | | |
| 22. 5.75% Md State Health Higher Edu. Fac. Bond, due 07/01/09 | B | Interest | K | T | | | | | |
| 23. 5.625% U.S. Treasury Notes, due 05/15/08 | B | Interest | K | T | | | | | |
| 24. Scudder Cash Investment Trust | A | Interest | L | T | | | | | |
| 25. Scudder Cash Investment Trust ▓ | A | Interest | K | T | | | | | |
| 26. Great Horn Mining Syndicate | | None | J | U | | | | | |
| 27. Edgartown Water Co. | | None | J | U | | | | | |
| 28. Mainbocher, Inc. | | None | J | U | | | | | |
| 29. Evergreen Money Fund | A | Interest | J | T | | | | | |
| 30. TRUST 3:* | | | | | | | | | |
| 31. Deutsche Bank Trust Co. Special Opportunity Fund | A | Dividend | J | T | Partial Sale | 02/28 | K | B | |
| 32. Deutsche Bank Trust Co. Tax-Free Income Fund | B | Dividend | J | T | Partial Sale | 02/28 | K | B | |
| 33. Deutsche Bank Trust Co. International Fund | A | Dividend | K | T | Buy | 02/28 | J | | |
| 34. Deutsche Bank Trust Co. Capital Income Fund | B | Dividend | M | T | Buy | 02/28 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

*I share the income from this trust with my sister.

| Name of Person Reporting | Date of Report |
|---|---|
| Schall, Alvin A | 05/10/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. 2.00% U.S. Treasury Notes | A | Interest | J | T | Buy | 03/09 | J | | |
| 36. Scudder High Income Fund A | A | Dividend | J | T | Buy | 03/08 | J | | |
| 37. Templeton Global Bond Fund A | A | Dividend | J | T | Buy | 03/08 | J | | |
| 38. MSCI Emerging Markets Index Fund | A | Dividend | J | T | Buy | 03/08 | J | | |
| 39. Goldman Sachs Natural Resources Index Fund | A | Dividend | J | T | Buy | 03/08 | J | | |
| 40. Cohen & Steers Realty Index Fund | A | Dividend | J | T | Buy | 03/08 | J | | |
| 41. Deutsche Bank Trust Co. Money Mkt. Dep. Acct. | A | Interest | J | T | | | | | |
| 42. TRUST #1: | | | | | | | | | |
| 43. American Express Co. | A | Dividend | K | T | | | | | |
| 44. Ameriprise Financial, Inc. | A | Dividend | J | T | Spinoff from Am. Express | 10/03 | J | | |
| 45. BP PLC | B | Dividend | L | T | | | | | |
| 46. Kimberly Clark Corp. | B | Dividend | L | T | | | | | |
| 47. Neenah Paper, Inc. | | None | | | sold | 05/10 | J | Loss | |
| 48. Raytheon Co. | A | Dividend | K | T | | | | | |
| 49. R.R. Donnelly & Co. | A | Dividend | K | T | | | | | |
| 50. Wyeth Co. | A | Dividend | K | T | | | | | |
| 51. Deutsche Bank Trust Co. Capital Growth Fund | C | Dividend | N | T | Partial Sale | 05/16 | J | Loss | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schall, Alvin A | 05/10/2006 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Deutsche Bank Trust Co. Special Opportunity Fund | A | Dividend | K | T | | | | | |
| 53. Deutsche Bank Trust Co. Tax-Free Income Fund | D | Dividend | M | T | | | | | |
| 54. Deutsche Bank Trust Co. International Fund | A | Dividend | K | T | | | | | |
| 55. Deutsche Bank Trust Co. Money Mkt. Dep. Acct. | A | Interest | J | T | | | | | |
| 56. TRUST #4: | | | | | | | | | |
| 57. Deutsche Bank Trust Co. Special Opportunity Fund | A | Dividend | J | T | Partial Sale | 02/28 | K | B | |
| 58. Deutsche Bank Trust Co. Tax-Free Income Fund | B | Dividend | K | T | Partial Sale | 02/28 | K | A | |
| 59. Deutsche Bank Trust Co. International Fund | A | Dividend | K | T | Buy | 02/28 | J | | |
| 60. Deutsche Bank Trust Co. Capital Income Fund | C | Dividend | M | T | Partial Sale | 02/28 | J | Loss | |
| 61. 2.00% U.S. Treasury Notes | A | Interest | J | T | Buy | 03/09 | J | | |
| 62. Scudder High Income Fund A | A | Dividend | J | T | Buy | 03/08 | J | | |
| 63. Templeton Global Bond Fund A | A | Dividend | J | T | Buy | 03/08 | J | | |
| 64. MSCI Emerging Markets Index Fund | A | Dividend | J | T | Buy | 03/08 | J | | |
| 65. Goldman Sachs Natural Resources Index Fund | A | Dividend | J | T | Buy | 03/08 | J | | |
| 66. Cohen & Steers Realty Index Fund | A | Dividend | J | T | Buy | 03/08 | J | | |
| 67. Deutsche Bank Trust Co. Money Mkt. Dep. Acct. | A | Interest | J | T | | | | | |
| 68. TRUST #2: | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schall, Alvin A | 05/10/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. American Express Co. | A | Dividend | L | T | | | | | |
| 70. Ameriprise Financial, Inc. | A | Dividend | J | T | Spinoff from Am. Express | 10/03 | J | | |
| 71. BP PLC | C | Dividend | L | T | | | | | |
| 72. General Electric Co. | B | Dividend | L | T | | | | | |
| 73. Merck & Co., Inc. | B | Dividend | K | T | | | | | |
| 74. Medco Health Solutions, Inc. | | None | J | T | | | | | |
| 75. Proctor & Gamble Co. | B | Dividend | L | T | | | | | |
| 76. Deutsche Bank Trust Co. International Fund | B | Dividend | M | T | | | | | |
| 77. Deutsche Bank Trust Co. Maximum Income Fund | E | Dividend | N | T | | | | | |
| 78. Deutsche Bank Trust Co. Money Mkt. Dep. Acct. | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schall, Alvin A | 05/10/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

ADDITIONAL INFORMATION WITH RESPECT TO PART VII OF THIS REPORT:

1. Items 1-17, 20, 21, 26-28, 43-50, and 69-75 are common stock holdings.

2. Items 18, 19, 36-40, and 62-66 are mutual funds.

3. Items 29, 41, 55, 67, and 78 are in the nature of money market accounts.

4. Item 22 is a state bond.

5. Items 23, 35, and 61 are United States Treasury Notes.

6. Items 24 and 25 are Individual Retirement Accounts in the form of money market accounts.

7. Items 31, 33, 34, 51, 52, 54, 57, 59, 60, and 76 are commingled common stock trust funds managed by Deutsche Bank Trust Co.

8. Items 32, 53, and 58 are commingled tax-free securities trust funds managed by Deutsche Bank Trust Co.

9. Item 77 is a comingled securities trust fund managed by Deutsche Bank Trust Co.

| Name of Person Reporting | Date of Report |
|---|---|
| Schall, Alvin A | 05/10/2006 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signatur [REDACTED]                    Date _Mar 10, 2006_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544